**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

HILAIRE LONGWA

  v.              Civil No.  3:03CV497(JBA)

BUREAU OF CUSTOMS &
IMMIGRATION SERVICES

## **JUDGMENT**

  This matter came on for consideration on a petition for a writ of habeas corpus before the Honorable Janet Bond Arterton, United States District Judge.

  The Court has reviewed all of the papers filed in conjunction with the petition and on April 26, 2004, entered a Ruling on Petition for Writ of Habeas Corpus denying the petition.

  It is therefore ORDERED and ADJUDGED that the petition is denied and the case is closed.

  Dated at New Haven, Connecticut, this 18th day of May, 2004.

                  KEVIN F.  ROWE, CLERK
                  By

                  Lori Inferrera
                  Deputy-in-Charge

EOD: _____